# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**GARLAND JERMAINE FRANKS, 0017301,:**

    **Plaintiff,** :

**vs.** : **CIVIL ACTION 13-0561-WS-N**

**OFFICER FRIDLEY, et al.,** :

    **Defendants.** :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because plaintiff's claims are either frivolous or fail to state a claim upon which relief can be granted.

**DONE** this 17th day of July, 2014.

                                                   s/WILLIAM H. STEELE
                                                 CHIEF UNITED STATES DISTRICT JUDGE